UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CALISTA PHAIR,

    Plaintiff,

v.

MARY ALICE HEUSCHEL, Superintendent Renton School District, SHERYL A. MOORE, Executive Director, and JANE GOETZ,

    Defendants.

NO. C08-810MJP

ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION

    The above-referenced case appears to have been filed in this Court on the basis of federal question jurisdiction. See 28 U.S.C. §1331. Plaintiff claims that she has suffered a "civil rights violation" and that Defendants violated "the FOIA." Plaintiff also claims that the Court should nullify a Renton School District meeting because it was held in violation of "RCW 30.060(2)." The Court assumes that in referring to "the FOIA," Plaintiff is referring to the Freedom of Information Act, 5 U.S.C. § 552. FOIA only requires disclosure of public information from federal agencies; it does not apply to state agencies or bodies. See St. Michael's Convalescent Hosp. v. California, 643 F.2d 1369, 1373 (9th Cir. 1981). Plaintiff has not sued any federal actors. Plaintiff's other authority for her claims is a Washington statute. Thus, it does not appear on the face of the complaint that there are any federal questions at issue.

    Federal courts are courts of limited jurisdiction. Plaintiff may only bring suit in this court if she has a viable claim under federal law or if the parties are diverse. Plaintiff is therefore ORDERED to SHOW CAUSE why this case should not be dismissed without prejudice for lack of subject matter

ORDER – 1

1  jurisdiction. Plaintiff's response is due no later than July 16, 2008. If no response is filed, the Court
2  will dismiss this matter without prejudice.
3        The clerk is directed to send copies of this order to all counsel of record and to Ms. Phair.
4      Dated:  June 30, 2008.

Marsha J. Pechman
United States District Judge

26  ORDER – 2